# *Del Valle & Associates*

Attorneys at Law
445 Park Avenue
New York, New York 10022
(212)481-1900

Telesforo Del Valle, Jr.

Michael J. Sluka
Lawrence D. Minasian

———

Lucas E. Andino
William Cerbone
Luis N. Colon
Hon. Robert A. Sackett
of counsel

Email: tdvesq@aol.com

Fax. (212)481-4853

———

Leticia Silva
Legal Assistant



November 21, 2019

The Honorable Laura Taylor Swain
United States District Judge
United States District Court
Southern District of New York
New York, NY 10007-1312
-Via ECF-

**MEMO ENDORSED**

Re:   USA v. Jan Carlos Gonzalez-Fernandez
Case No. 19 Cr. 515 (LTS)

Dear Judge Swain,

Our office represents Mr. Jan Carlos Gonzalez-Fernandez in the above referenced matter.

On June 15, 2019, Mr. Gonzalez-Fernandez was released on a $250,000.00 Personal Recognizance Bond, secured by two financially responsible persons, and his $250,000.00 home. As part of his bail conditions, Mr. Gonzalez-Fernandez has travel restrictions to the Southern and Eastern District of New York, and the District of New Jersey.

Mr. Gonzalez-Fernandez works as a truck driver, and this position requires him to travel to the Northern and Western Districts of New York. Mr. Gonzalez-Fernandez respectfully requests a modification of his bail conditions to allow him to travel to the Northern and Western Districts of New York, for work purposes.

U.S. Pretrial Services by way of Officer Bernisa Mejia has no objections to this request. The U.S. Attorney's Office by way of A.U.S.A. Jacob Gutwillig, does not object to this request.

Thank you for your consideration to this matter.

Sincerely,
/S/
Telesforo Del Valle, Jr., Esq.
Del Valle & Associates

Cc:   A.U.S.A. Jacob Gutwillig
      U.S. Pretrial Services Officer Bernisa Mejia

The Modification request is granted.
DE #21 resolved.

SO ORDERED:

_____  11/25/19

HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE