# *Del Valle & Associates*

Attorneys at Law
445 Park Avenue
New York, New York 10022
(212)481-1900

Telesforo Del Valle, Jr.

Michael J. Sluka
Lawrence D. Minasian

———

Lucas E. Andino
William Cerbone
Luis N. Colon
Hon. Robert A. Sackett
of counsel

Email: tdvesq@aol.com

Fax. (212)481-4853

———

Leticia Silva
Legal Assistant

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

February 20, 2020

The Honorable Laura T. Swain
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
-Via ECF-

**MEMO ENDORSED**

Re:   USA v. Jan Carlos Gonzalez-Fernandez
        19 Cr. 515 (LTS)

Dear Judge Swain,

Our office represents Mr. Jan Carlos Gonzalez-Fernandez in the above captioned matter.

We respectfully request a continuance of the scheduled Status Conference for this case until March 26, 2020, or any date thereafter convenient to the Court. This is presently scheduled for a Status Conference on February 20, 2020 at 2:00PM.

We expect to have a disposition between now and any adjourn date. We consent to have speedy trial excluded between now and any adjourn date.

The Government, by way of A.U.S.A. Jacob Gutwillig, consent to this request for adjournment.

Thank you for your consideration to this matter.

THE APPLICATION IS GRANTED. THE CONFERENCE IS *adjourned to*
*3/31/20* AT *10:30AM* IN COURTROOM 17C. THE COURT FINDS PURSUANT TO 18
U.S.C. §3161(H)(7)(A) THAT THE ENDS OF JUSTICE SERVED BY AN EXCLUSION OF THE TIME
FROM TODAY'S DATE THROUGH *3/31/20* OUTWEIGH THE BEST INTERESTS OF THE PUBLIC AND
THE DEFENDANT IN A SPEEDY TRIAL FOR THE REASONS STATED ABOVE. SO ORDERED.

*DE #26 resolved.*

_____  2/20/20
LAURA TAYLOR SWAIN, USDJ

Respectfully submitted,

/S/
Telesforo Del Valle, Jr., Esq.
Attorney for
Jan Carlos Gonzalez-Fernandez,
Defendant.

Cc:   A.U.S.A. Jacob Gutwillig, Esq.