# Del Valle & Associates

Attorneys at Law
445 Park Avenue
New York, New York 10022
(212)481-1900

Telesforo Del Valle, Jr.

Michael J. Sluka
Lawrence D. Minasian

Lucas E. Andino
William Cerbone
Luis N. Colon
Hon. Robert A. Sackett
    of counsel

Email: tdvesq@aol.com

Fax. (212)481-4853

## MEMO ENDORSED

Leticia Silva
Legal Assistant

March 20, 2020

The Honorable Laura T. Swain
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
-VIA ECF-

          Re:    USA v. Jan Carlos Gonzalez-Fernandez
                  19 Cr. 515 (LTS)

Dear Judge Swain:

    I represent Mr. Jan Carlos Gonzalez-Fernandez in the above captioned matter, which has a Status Conference presently scheduled for March 31, 2020 at 10:30AM.

    Due to the COVID-19 outbreak and to contribute to the measures that are being taken for to reduce the spread of this virus, we'd like to respectfully request a 45-day adjournment on this matter.

    We consent to have Speedy Trial excluded between now and any adjourn date.

    The Government, by way of A.U.S.A. Jacob Gutwillig, consents to this request for adjournment.

    Thank you for your consideration to this matter.

THE APPLICATION IS GRANTED. THE CONFERENCE IS ADJOURNED TO 5/28/2020 AT 10AM IN COURTROOM 17C. THE COURT FINDS PURSUANT TO 18 U.S.C. §3161(H)(7)(A) THAT THE ENDS OF JUSTICE SERVED BY AN EXCLUSION OF THE TIME FROM TODAY'S DATE THROUGH 5/28/2020 OUTWEIGH THE BEST INTERESTS OF THE PUBLIC AND THE DEFENDANT IN A SPEEDY TRIAL FOR THE REASONS STATED ABOVE. DE# 28 RESOLVED. SO ORDERED.
/s/ Laura Taylor Swain USDJ 3/23/2020

Respectfully submitted,

/S/Telesforo Del Valle, Jr., Esq.

Del Valle & Associates
Attorney for
Jan Carlos Gonzalez-Fernandez,
Defendant.

Cc:    A.U.S.A. Jacob Gutwillig, Esq.