# Del Valle & Associates

Attorneys at Law
445 Park Avenue
New York, New York 10022
(212)481-1900

Telesforo Del Valle, Jr.

Michael J. Sluka
Lawrence D. Minasian

Lucas E. Andino
William Cerbone
Luis N. Colon
Hon. Robert A. Sackett
    of counsel

Email: tdvesq@aol.com

Fax. (212)481-4853

Leticia Silva
Legal Assistant

April 27, 2020

**MEMO ENDORSED**

The Honorable Laura Taylor Swain
United States District Judge
United States District Court
Southern District of New York
New York, NY 10007-1312
-Via ECF-

          Re:    USA v. Jan Carlos Gonzalez-Fernandez
                Case No. 19 Cr. 515 (LTS)

Dear Judge Swain,

    Our office represents Mr. Jan Carlos Gonzalez-Fernandez in the above referenced matter.

    On June 15, 2019, Mr. Gonzalez-Fernandez was released on a $250,000.00 Personal Recognizance Bond, secured by two financially responsible persons, and his $250,000.00 home.

    Mr. Gonzalez-Fernandez works as a truck driver, and his route has been modified to include a stop at a location in Bridgeport, CT. Mr. Gonzalez-Fernandez respectfully requests a modification of his bail conditions to allow him to travel to the District of Connecticut for work purposes.

    U.S. Pretrial Services by way of Officer Bernisa Mejia has no objections to this request given his compliance with his conditions of release. The U.S. Attorney's Office by way of A.U.S.A. Jacob Gutwillig, does not object to this request.

    Thank you for your consideration to this matter. Sincerely,

                              /S/ Telesforo Del Valle, Jr., Esq.
                              Del Valle & Associates

Cc:    A.U.S.A. Jacob Gutwillig
         U.S. Pretrial Services Officer Bernisa Mejia

The requested modification is granted.  DE# 30 resolved.

SO ORDERED.
4/27/2020
/s/ Laura Taylor Swain, USDJ