# Del Valle & Associates

Attorneys at Law
445 Park Avenue
New York, New York 10022
(212)481-1900

Telesforo Del Valle, Jr.                                             Email: tdvesq@aol.com

Michael J. Sluka                                                     Fax. (212)481-4853
Lawrence D. Minasian
———                                                                   ———

Lucas E. Andino                                                      Leticia Silva
William Cerbone                                                      Legal Assistant
Luis N. Colon
Hon. Robert A. Sackett
    of counsel

January 26, 2021

The Honorable Laura T. Swain
United States District Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312
-*Via ECF-*

## MEMO ENDORSED

Re:     USA v. Jan Carlos Gonzalez-Fernandez
        19 Cr. 515 (LTS)

Dear Judge Swain,

Our office represents Mr. Jan Carlos Gonzalez-Fernandez in the above captioned matter, which is currently scheduled for a Sentencing Hearing on February 9, 2021 at 11:30AM.

Mr. Gonzalez-Fernandez is gathering documentation which he believes would help the Court in the Sentencing Hearing for this case. Therefore, we respectfully request a 30-Day continuance of his Sentencing Hearing.

The Government, by way of A.U.S.A. Jacob Gutwillig, consent to this request for adjournment.

Thank you for your consideration to this matter.

The sentencing is adjourned to March 16, 2021, at 2:00 p.m.
DE# 41 resolved.
SO ORDERED.
1/27/2021
/s/ Laura Taylor Swain, USDJ

Respectfully submitted,

*/S/Telesforo Del Valle Jr.*
Telesforo Del Valle, Jr., Esq. Attorney for
Jan Carlos Gonzalez-Fernandez, Defendant.

Cc: A.U.S.A. Jacob Gutwillig, Esq.