# Del Valle & Associates

Attorneys at Law
445 Park Avenue
New York, New York 10022
(212)481-1900

Telesforo Del Valle, Jr.

Michael J. Sluka
Lawrence D. Minasian

———

Lucas E. Andino
William Cerbone
Luis N. Colon
Hon. Robert A. Sackett
    of counsel

Email: tdvesq@aol.com

Fax. (212)481-4853

———

Leticia Silva
Legal Assistant

June 30, 2021

The Honorable Laura T. Swain
United States District Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312
-*Via ECF*-

## MEMO ENDORSED

Re:   USA v. Jan Carlos Gonzalez-Fernandez
      19 Cr. 515 (LTS)

Dear Judge Swain,

Our office represents Mr. Jan Carlos Gonzalez-Fernandez, who was sentenced by Your Honor on March 21, 2021.

Mr. Gonzalez Fernandez is due to surrender to the BOP to serve his sentence on July 15, 2021. We respectfully request a two-month extension of his surrender date for the following reasons:

1) Mr. Gonzalez-Fernandez has a transportation business that he is winding down in order to do his sentence. Due to COVID-19, several pending contracts were delayed, and he needs these two months to complete them and close down his business.

2) Mr. Gonzalez-Fernandez is scheduled to undergo Dental surgery in July and needs the period of time requested in oder to complete his procedure, follow-up appointments and recovery.

This is our first request for an extension on this matter.

U.S. Pretrial Services Officer Bernisa Mejia defers to the Court, and the government, by way of A.U.S.A. Jacob Gutwilling consents to this request.

Thank you for your consideration.

                    Respectfully submitted,

                    */S/Telesforo Del Valle Jr.*
                    Telesforo Del Valle, Jr., Esq. Attorney for Jan Carlos Gonzalez-Fernandez, Defendant.

Cc:    A.U.S.A. Jacob Gutwillig, Esq.

        A.U.S.A. Kyle Wirsba, Esq.

        U.S. Pretrial Services Officer Bernisa Mejia

The request is granted. Mr. Gonzalez-Fernandez must surrender by 2:00 p.m. on September 16, 2021. DE# 51 resolved.
SO ORDERED.
6/30/2021
/s/ Laura Taylor Swain, Chief USDJ