UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                                                    :

UNITED STATES OF AMERICA

                                                                    :      19CR515-01

    -against-                                         :      <u>ORDER</u>
                                                                  :

Jan Carlos Gonzalez-Fernandez

                                                                  :
    Defendant

                                                                 :
------------------------------------X

    Laura Taylor Swain, United States District Judge:

    ORDERED that the defendant's conditions of release be modified to remove GPS monitoring on September 16, 2021 prior to surrender to Bureau of Prisons.


Dated: New York, New York
       September __15__, 2021

                                                          SO ORDERED:


                                                        ____/s/ Laura Taylor Swain_____
                                                           Honorable Laura Taylor Swain
                                                           United States District Judge