UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES,

   -v-                                                  No. 19 CR 515-LTS

JAN CARLOS GONZALEZ-FERNANDEZ,

       Defendant.

-------------------------------------------------------x

## ORDER

The Court has received the attached letter, which it will provide in unredacted form to the Government. The Government is directed to provide a response to Ms. Figueroa and file a report of the status of the matter by December 17, 2021.

SO ORDERED.

Dated: New York, New York
       December 7, 2021

                                                  /s/ Laura Taylor Swain
                                                 LAURA TAYLOR SWAIN
                                                 Chief United States District Judge

Mirian Figueroa
4426 Carpenter Ave
Bronx, New York 10470

November 23, 2021



The Honorable Laura Taylor Swain
United States District Judge
United States District Court
Southern District of New York
New York, NY 10007-1312

                                              Re:  USA v Jan Carlos Gonzalez-Fernandez
                                                       Case No. 19 Cr. 515 (LTS)

Dear Judge Swain,

I am writing this letter to communicate a concerning issue we are experiencing.

Previously, you have given authorization to **Assistant United States Attorney, Kyle Wirshba,** to release the truck seized in the above case, and returned to us. To present date we have not yet received the vehicle.

We have made attempts to have the vehicle returned to us but have not been successful. This is extremely concerning to my family and I because the vehicle is utilized to generate our only source of income.

Needless to say, as a mother I am destroyed internally by the outcomes of this entire situation, but now I need to find ways on how to economically provide for myself. Regaining access to the seized vehicle will offer me options to do so.

I am respectfully requesting you please assist us in this matter and intervene in any capacity within our authority so our vehicle may be released back to us.

Sincerely,

Mirian Figueroa

# CERTIFICATE OF TITLE

| PREFIX | IDENTIFICATION NUMBER | SUFFIX | YEAR | MAKE | MODEL | BODY TYPE |
|---|---|---|---|---|---|---|

| TYPE OF TITLE | DUPLICATE NO. | GVW/WC/LGTH. | COLOR/MTU/HP. | DEALER I.D. | AXLES/PROP. | FUEL |
|---|---|---|---|---|---|---|
| STANDARD | 0 | | BLACK | 00006N | 3 | |

| FEE | ISSUE DATE | VIN-REPLACEMENT | | MILEAGE | STATUS |
|---|---|---|---|---|---|
| 85.00 | 01-17-2019 | | | | |

OWNER(S)

YALI TRANSPORT INC
6118 WASHINGTON ST APT 1
WEST NEW YORK  NJ 07093

- F-FLOOD
- S-SALVAGE
- P-POLICE
- T-TAXI
- L-LEMON LAW
- A-ACTUAL MILEAGE
- N-NOT THE ACTUAL MILEAGE
- M-MILEAGE EXCEEDS THE MECHANICAL LIMITS

NUMBER OF OWNERS: 1

NUMBER OF LIENHOLDERS: 1

I, CHIEF ADMINISTRATOR OF THE MOTOR VEHICLE COMMISSION, OF THE STATE OF NEW JERSEY, DO HEREBY CERTIFY THAT EVIDENCE OF PURCHASE OF OWNERSHIP, IN COMPLIANCE WITH THE LAWS OF THE STATE OF NEW JERSEY, OF THE DESCRIBED ARTICLE, HAS BEEN RECORDED AND FILED WITH ME, AND I DO HEREBY ISSUE THIS CERTIFICATE OF OWNERSHIP SUBJECT TO SECURITY AGREEMENT OR LIEN, IF ANY, AS STATED.

SIGNATURE

**State of New Jersey**
MOTOR VEHICLE COMMISSION

FIRST LIENHOLDER
DATE: 01-17-2019
86450 51501 42210
TARGETED LEASE CAPITAL LLC
5500 MAIN ST STE 300
WILLIAMSVILLE  NY 14221

ISM/SS-1X (R4/18)

DN WT20190170368

ALTERATION OR ERASURE VOIDS THIS TITLE      KEEP IN SAFE PLACE

**VOID IF ALTERED**

---

↑ FOLD AND TEAR AT PERFORATION ↑

THIS IS A RECEIPT DOCUMENT ONLY

| | MILEAGE: | DUP: | STATUS: |
|---|---|---|---|
| | BLACK  0  AXLE:3 | | DEALER ID: 00006N |
| | TITLE I | : | 85.00 |
| YALI TRANSPORT INC | SALES TAX | | |
| 6118 WASHINGTON ST APT 1 | LFIS | : | 0.00 |
| WEST NEW YORK  NJ 07093 | TOTAL (K) | : | 85.00 |
| DN WT20190170368   85.00 I STANDARD | | | |

LIENHOLDER(S)
86450 51501 42210
TARGETED LEASE CAPITAL

CUSTOMER COPY
STATE OF NEW JERSEY



PLEASE RUB TO VERIFY

NOTE: FEDERAL LAW requires that you state the mileage upon transfer of ownership. Failure to complete this disclosure or providing false information may result in fines and/or imprisonment.

I/We state that the odometer now reads _____ (do not show tenths of a mile) and to the best of my/our knowledge that reflects the actual mileage of the vehicle described on the reverse side of this Certificate of Ownership, unless one of the following statements is checked:
____(1) I/We hereby certify that to the best of my/our knowledge the odometer has exceeded its mechanical limits and the reading started again at zero.
____(2) WARNING - ODOMETER DISCREPANCY - I/We hereby certify that the odometer reading is NOT the actual mileage, and should not be relied upon for accuracy

NOTE: New Jersey statute provides that anyone who knowingly or willfully misrepresents the description of a vehicle or makes a false statement in any title papers; forges, changes or counterfeits a part of title papers; or uses title papers on or for the wrong motor vehicle is guilty of a misdemeanor.

I/We hereby assign this Certificate of Ownership of the vehicle described subject to the following liens or encumbrances, if any, and none other. I/We certify the accuracy of sale price, the mileage specified above, and that I/we am/are the owner(s) of the vehicle described on this Certificate of Ownership.

Buyer's Name (Print) _____  Driver Lic. # _____
Buyer's Address _____  Corpcode # _____
_____  Sales Tax Exemption # _____
Co-Buyer's Name (Print) _____  Driver Lic. # _____
Co-Buyer's Address _____  Corpcode # _____
_____
Lienholder's Name (Print) _____  Driver Lic. # _____
Lienholder's Address _____  Corpcode # _____
Seller's Name (Print) _____  Date of Sale _____
Seller's Address _____  Sale Price $ _____
  Net Sale $ _____
SELLER SIGN HERE  Sales Tax Paid $ _____

Seller's Name (Hand Print) _____  Co-Seller's Name (Hand Print) _____
Seller's Signature X _____  Co-Seller's Signature X _____
Auction Name _____  Date of Odometer Statement _____
Auction Location _____  MVC Auction ID _____

STATEMENT OF BUYER

WE, the undersigned, hereby certify that the motor vehicle described on the reverse side of this Certificate of Ownership was purchased by me/us and I/We have compared the vehicle identification number shown on this certificate with that of the motor vehicle purchased and found that they agree in every particular.

NOTE: N.J.S.A. 39:10-11 requires that this certificate after assignment be presented to the MOTOR VEHICLE COMMISSION within ten days. Failure to do so will result in a penalty of $25 which will be in addition to the filing fee for a new Certificate of Ownership.

BUYER SIGN HERE

Buyer's Name (Hand Print) _____  Co-Buyer's Name (Hand Print) _____
Buyer's Signature X _____  Co-Buyer's Signature X _____

ALTERATIONS OR ERASURES WILL VOID THIS CERTIFICATE

BA950985

# CUSTOMER COPY

KEEP THIS COPY IN A SAFE PLACE, SEPARATE FROM THE TITLE,

SHOULD YOU REQUIRE THE INFORMATION THAT IS AVAILABLE ON

THIS FORM FOR FUTURE REFERENCE.

